## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  05-cv-00042-WYD-OES

LUCY DAVIS, et. al.,

    Plaintiffs,

v.

THOMAS H. BAILEY, et. al.,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTION TO DISMISS

---

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Stay Discovery Pending Resolution of their Motion to Dismiss.  The Court, having read the Motion and supporting materials, and being advised in the premises, hereby:

ORDERS that the motion is GRANTED, and further

ORDERS that all discovery in this action is stayed pending resolution of Defendants' Motion to Dismiss.

        Dated at Denver, Colorado, this day of:  October 13, 2005

                BY THE COURT:

                s/ O. Edward Schlatter

                _____
                O. Edward Schlatter
                United States District Magistrate Judge